ACCEPTED
12-14-00305-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/6/2015 4:47:44 PM
CATHY LUSK
CLERK



Marvin J. Angle, Member
Steven R. Guy, Member
D. Brett Brewer, Member
Jonathan H. Richey, Associate
Summers A. Norman
(1905-1986)

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/6/2015 4:47:44 PM
CATHY S. LUSK
Clerk

April 1, 2015

Ms. Cathy S. Lusk, Clerk
12th Court of Appeals
1517 W. Front Street
Tyler, Texas 75702

RE:     Jimmy Deshawn Mosley, Jr. V. The State of Texas, Cause No. 12-14-00305-CR

Dear Ms Lusk,

I am sending another copy of the Clerk's Record in the above mentioned cause to Jimmy Deshawn Mosley Jr., to his address listed as Connally Unit, 899 FM 632, Kenedy TX, 78119.  I am also sending another copy of the Reporter's Record which has been provided by Cathe Dickson, court reporter for the 2nd Judicial District Court of Cherokee County.  If there are any questions, please me know.

Jonathan Richey

cc:     Client
cc:     The Honorable Judge Dwight Phifer, Judge 2nd Judicial District Court

Enclosure

Est. 1898

Norman, Angle, Guy & Brewer, PLLC
215 East Commerce, 2nd Floor • Jacksonville, Texas 75766 • 903.586.2595 • Fax: 903.586.0524
www.normanlawfirm.com



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jimmy Mosley, JR.
Connally Unit # 1954147
899 FM 632
Kennedy, TX 78119

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7012 0470 0001 8324 7413

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

7012 0470 0001 8324 7413

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS FOLD AT DOTTED LINE

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

4/1/15

Sent To    Jimmy Mosley
Street, Apt. No.; or PO Box No.    Connally Unit # 1954147
City, State, ZIP+4    899 FM 632, Kennedy, TX

PS Form 3800, August 2006    See Reverse for Instructions